```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

PAUL STANGA, et al.,                         :

               Plaintiffs,              :

     -v.-                                      :

CITY OF NEW YORK,                         :

               Defendant.              :

------------------------------------------------------X

**ORDER**

12 Civ. 6254 (FM)

**FRANK MAAS**, United States Magistrate Judge.

      For the reasons stated on the record at the May 19, 2014 fairness hearing, the Court finds that settlement reached in this case is procedurally and substantively fair and reasonable. Accordingly, the Court approves the settlement as set forth in the Settlement Agreement. This action hereby is discontinued with prejudice, and the Clerk of the Court is directed to close the case.

      SO ORDERED.

Dated:    New York, New York
             May 19, 2014

                                                          /FRANK MAAS
                                            United States Magistrate Judge

Copies to:

All counsel via ECF