UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

PAUL STANGA, CHRISTOPHER JONES, JOHN
ANDERSEN, AND ANTHONY CAMMARATA, on
behalf of themselves and others similarly situated,

                                    Plaintiffs,

               -against-

CITY OF NEW YORK,

                                  Defendant.

---------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/14

12 Civ. 6254 (RA)(FM)

## SETTLEMENT AGREEMENT FOR REASONABLE ATTORNEYS FEES AND COSTS

This Settlement Agreement for Reasonable Attorneys Fees and Costs ("Agreement") is made and entered into by and among the Plaintiffs in the above-captioned cases and Defendant the City of New York on behalf of themselves and all other New York City departments, commissions, agencies, related entities, predecessors, successors, trustees, officers, directors and employees, agents, employee benefit plans and the trustees, administrators, and fiduciaries (hereinafter collectively referred to herein as "Defendant"), and resolves the issues and claims related to attorneys' fees and costs with respect to Plaintiffs' law firm Lichten & Bright P.C. ("Lichten & Bright") in accordance with the terms of this settlement agreement entered between the parties.

Defendant shall tender payment to the law firm Lichten & Bright in the amount of $32,500.00 representing full payment for all attorneys' fees and costs claimed due and owing by Plaintiffs for work done by Lichten & Bright. Defendant shall provide Plaintiffs' counsel Lichten & Bright with a check, made payable to Lichten & Bright, in this amount within 90 days

of Defendants' counsels' receipt of all documents necessary to effect settlement of this claim, including a release based on the terms of this agreement and a substitute W-9 completed by Lichten & Bright.

In consideration for such payment, Plaintiffs' claims for attorneys' fees and costs for work performed in the above-captioned case by the law firm of Lichten & Bright are hereby resolved and Lichten & Bright and Plaintiffs release Defendant for all claims for attorneys' fees and costs in the above-captioned case, and stipulate that the Plaintiffs' claims for attorneys' fees are hereby resolved by compliance with the terms of this settlement. The Parties shall so inform the Honorable Frank Maas that such claims are resolved and that he shall have continuing jurisdiction to resolve any disputes that may arise from this Agreement.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement as of the date indicated below:

Dated:   New York, New York
         August 6, 2014

LICHTEN & BRIGHT, P.C.
Attorneys for Plaintiffs
475 Park Avenue South – 17th Floor
New York, New York 10016
(646) 588-4872

By: _____
    Stuart Lichten

Date: 8/7/14

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for Defendant
100 Church Street, Room 2-102
New York, New York 10007
(212) 356-2444

By: _____
    Kathryn E. Martin

Date: 8/6/14

SO ORDERED:

_____
Honorable Frank Maas  8/7/14.

3